

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BOB McCOY
BILL MEIER
LEE GABRIEL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.2ndcoa.courts.state.tx.us

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

July 3, 2013

Allen Lee Polk
#01787778
Holliday Unit
295 IH-45 North
Huntsville, TX 77320

Hon. Louis E. Sturns
Judge, 213th District Court
Tim Curry Criminal Justice Center
401 West Belknap
Fort Worth, TX 76196

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Wes Ball
4025 Woodland Park Blvd., Ste. 100
Arlington, TX 76013

Charles M. Mallin
Asst. Criminal District Attorney
401 W. Belknap St.
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   02-11-00467-CR
        Trial Court Case Number:    1226707D

        Court of Appeals Number:   02-11-00468-CR
        Trial Court Case Number:   1226888D

        Court of Appeals Number:   02-11-00469-CR
        Trial Court Case Number:   1226903D

Style:   Allen Lee Polk
         v.
         The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.

FILE COPY

A copy of the opinion and judgment can be viewed on our Court's webpage at: http://www.2ndcoa.courts.state.tx.us/.

Respectfully yours,

DEBRA SPISAK, CLERK